**James Edward HARRIS, Plaintiff—Appellant,**

v.

**CITY OF RALEIGH; Raleigh Chief of Police; Officer Maddock; Officer Dufault; Officer J.W. Bishop; Officer S.M. Hoolan; Officer D.B. Kilgore, Defendants—Appellees.**

No. 07–6065.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2007.

Decided: Aug. 2, 2007.

James Edward Harris, Appellant Pro Se.

Before WILKINSON and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Harris appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. City of Raleigh,* No. 5:06–cv–00496–D (E.D.N.C. Dec. 4, 2006; Jan. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*